IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-02461-CMA-CBS

CRAIG HOSPITAL, a Colorado nonprofit corporation,

    Plaintiff,

v.

FAIRPAY SOLUTIONS, INC., a foreign corporation,

    Defendant.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation for Dismissal Without Prejudice (Doc. # 21), signed by the attorneys for the parties hereto, it is

    ORDERED that the Complaint and all claims asserted therein against Defendant are DISMISSED WITHOUT PREJUDICE.

    DATED:  February __23__, 2011

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge