**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-02461-CMA-CBS

CRAIG HOSPITAL, a Colorado nonprofit corporation,

    Plaintiff,

v.

FAIRPAY SOLUTIONS, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation Of Dismissal With Prejudice (Doc. # 23) signed by the attorneys for the parties hereto, it is hereby

ORDERED that the Complaint and all claims asserted therein against Defendant are DISMISSED WITH PREJUDICE, each party to pay its own attorneys' fees and costs.

DATED:  March   23  , 2011

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Court Judge